UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, DC 20530,<br><br>**Plaintiff**,<br><br>vs.<br><br>8 GILCREASE LANE, QUINCY<br>FLORIDA 32351,<br><br>AND<br><br>ONE CONDO LOCATED ON<br>NORTH OCEAN BOULEVARD IN<br>MYRTLE BEACH, SOUTH<br>CAROLINA,<br><br>AND<br><br>ALL FUNDS, INCLUDING<br>APPROXIMATELY $53 MILLION,<br>HELD ON DEPOSIT AT BANK OF<br>AMERICA ACCOUNTS IN THE NAMES<br>OF (1) THOMAS A. BOWDOIN, JR.,<br>SOLE PROPRIETOR, DBA<br>ADSURFDAILY, (2) CLARENCE<br>BUSBY, JR. AND DAWN STOWERS,<br>DBA GOLDEN PANDA AD BUILDER,<br>AND (3) GOLDEN PANDA<br>AD BUILDER,<br><br>**Defendants**. | **APPEARANCE**<br><br>Case: 1:08-cv-01345<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 8/5/2008<br>Description: General Civil |

To the Clerk of this court and all parties of record:

      Please enter the appearance of Michael L. Fayad, Akerman Senterfitt Wickwire Gavin, as counsel in this case for Defendants ADSURFDAILY, INC., Thomas A. Bowdoin, Jr. and Bowdoin/Harris Enterprises, Inc. (collectively, "Defendants").

{TY043863;2}

Respectfully submitted,

**AKERMAN SENTERFITT WICKWIRE GAVIN**
*Counsel for Defendants*
8100 Boone Boulevard
Suite 700
Vienna, VA 22182-2683
phone: 703  790-8750 or 800  480-8750
fax:     703  448-1801 **(7th Flr)** 703 448-1767 **(6th Flr)**
Email:  michael.fayad@akerman.com


By:    s/Michael L. Fayad
Bar Number:   91694

{TY043863;2}