UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, DC 20530, | )<br>)<br>)<br>)<br>)<br>)<br>) | **CORRECTED<br>APPEARANCE**<br><br>Case: 1:08-cv-01345<br>Assigned To: Collyer, Rosemary M. |
| **Plaintiff**, | )<br>) | Assign. Date: 8/5/2008<br>Description: General Civil |
| vs. | )<br>) | |
| 8 GILCREASE LANE, QUINCY<br>FLORIDA 32351, | )<br>)<br>) | |
| AND | )<br>) | |
| ONE CONDO LOCATED ON<br>NORTH OCEAN BOULEVARD IN<br>MYRTLE BEACH, SOUTH<br>CAROLINA, | )<br>)<br>)<br>)<br>) | |
| AND | )<br>) | |
| ALL FUNDS, INCLUDING<br>APPROXIMATELY $53 MILLION,<br>HELD ON DEPOSIT AT BANK OF<br>AMERICA ACCOUNTS IN THE NAMES<br>OF (1) THOMAS A. BOWDOIN, JR.,<br>SOLE PROPRIETOR, DBA<br>ADSURFDAILY, (2) CLARENCE<br>BUSBY, JR. AND DAWN STOWERS,<br>DBA GOLDEN PANDA AD BUILDER,<br>AND (3) GOLDEN PANDA<br>AD BUILDER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants**. | )<br>) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Michael L. Fayad, Akerman Senterfitt Wickwire Gavin, as counsel in this case for Claimants ADSURFDAILY, INC., Thomas A. Bowdoin, Jr. and Bowdoin/Harris Enterprises, Inc. (collectively, "Claimants").

{TY043919;1}

      Please substitute this Corrected Appearance because the Appearance filed on August 11, 2008, erroneously listed our clients as "Defendants" rather than "Claimants".

      Respectfully submitted,

**AKERMAN SENTERFITT WICKWIRE GAVIN**
*Counsel for Claimants*
8100 Boone Boulevard
Suite 700
Vienna, VA 22182-2683
phone: 703  790-8750 or 800  480-8750
fax:    703  448-1801 **(7th Flr)** 703 448-1767 **(6th Flr)**
Email: michael.fayad@akerman.com


By:   s/Michael L. Fayad
Bar Number:   91694

{TY043919;1}