UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>8 GILCREASE LANE, QUINCY FLORIDA 32351,<br><br>    and<br><br>ONE CONDO LOCATED ON NORTH OCEAN BOULEVARD IN MYRTLE BEACH, SOUTH CAROLINA,<br><br>    and<br><br>ALL FUNDS, INCLUDING APPROXIMATELY $53 MILLION, HELD ON DEPOSIT AT BANK OF AMERICA ACCOUNTS IN THE NAMES OF (1) THOMAS A. BOWDOIN, JR., SOLE PROPRIETOR, DBA ADSURFDAILY, (2) CLARENCE BUSBY, JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER, AND (3) GOLDEN PANDA AD BUILDER,<br><br>    Defendants, and<br><br>ADSURFDAILY, INC., THOMAS A. BOWDOIN, JR., AND BOWDOIN HARRIS ENTERPRISES, INC.,<br><br>    Claimants. | Case: 1:08-cv-01345<br><br>Hon. Rosemary M. Collyer |

**UNOPPOSED MOTION AND MEMORANDUM OF POINTS
AND AUTHORITIES TO PERMIT APPEARANCE
OF COUNSEL *PRO HAC VICE***

Now comes Michael L. Fayad, undersigned counsel (hereinafter, "Counsel") for Claimants in the above captioned matter (hereinafter, the "Matter") and on behalf of Claimants, respectfully requests this Court to enter the attached Order permitting Jonathan Goodman, Esq., to appear *Pro Hac Vice* as co-counsel for Claimants in the Matter. In support of this Motion, Counsel states as follow:

1. Counsel is a member in good standing of the Bar of this Court (District of Columbia Bar Number 91694) and licensed to practice in the District of Columbia.

2. Mr. Goodman is a member in good standing of the Florida Bar (Bar Number 371912) and licensed to practice in the State of Florida.

3. Mr. Goodman is employed by the law firm of Akerman Senterfitt, One S.E. 3rd Avenue, Miami, Florida. Counsel also is employed by the law firm of Akerman Senterfitt, in the Tysons Corner, Virginia, office.

4. Attached hereto is the Declaration of Mr. Goodman in accordance with the Civil Rules of the United States District Court for the District of Columbia (hereinafter, "LCvR"), including LCvR 83.2.

5. Mr. Goodman will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court.

6. Counsel for the United States do not object to this Motion.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

This Motion and the attached Declaration meet all of the requirements of the Civil Rules of the United States District Court for the District of Columbia including LCvR 83.

WHEREFORE, for the foregoing reasons, on behalf of Claimants, Counsel respectfully requests that the Court enter the attached Order.

Dated:  August 15, 2008 	Respectfully submitted,

	AKERMAN SENTERFITT


	By:   s/Michael L. Fayad
	Michael L. Fayad, Esq.
	D.C. Bar No. 91694
	8100 Boone Boulevard, Suite 700
	Vienna, VA  22182
	Telephone:   703-790-8750
	Fax:             703-448-1801

	ATTORNEY FOR CLAIMANTS


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion and Memorandum of Points and Authorities to Permit Appearance of Counsel *Pro Hac Vice* was served this 15th day of August, 2008 via the Court's electronic filing system upon the following counsel:

	William Rakestraw Cowden, Esq.
	U.S. Attorney's Office
	555 Fourth Street, NW
	Washington, DC  20530


	     s/Michael L. Fayad
	Michael L. Fayad, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>8 GILCREASE LANE, QUINCY FLORIDA 32351,<br><br>    and<br><br>ONE CONDO LOCATED ON NORTH OCEAN BOULEVARD IN MYRTLE BEACH, SOUTH CAROLINA,<br><br>    and<br><br>ALL FUNDS, INCLUDING APPROXIMATELY $53 MILLION, HELD ON DEPOSIT AT BANK OF AMERICA ACCOUNTS IN THE NAMES OF (1) THOMAS A. BOWDOIN, JR., SOLE PROPRIETOR, DBA ADSURFDAILY, (2) CLARENCE BUSBY, JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER, AND (3) GOLDEN PANDA AD BUILDER,<br><br>    Defendants, and<br><br>ADSURFDAILY, INC., THOMAS A. BOWDOIN, JR., AND BOWDOIN HARRIS ENTERPRISES, INC.,<br><br>    Claimants. | Case: 1:08-cv-01345<br><br>Hon. Rosemary M. Collyer |

**ORDER GRANTING APPEARANCE *PRO HAC VICE*_**

Upon consideration of the Motion and Memorandum to permit Jonathan Goodman, Esq., to appear *Pro Hac Vice*, it appearing to the Court that the Motion should be granted, it is by the Court this _____ day of _____, 2008;

ORDERED: that the Motion be, and the same is hereby GRANTED and James Goodman, Esq., is permitted to appear in the above-captioned matter.

_____
United States District Court Judge

COPIES TO:

Michael L. Fayad, Esq.
Akerman Senterfitt
8100 Boone Boulevard, Suite 700
Vienna, VA  22182

William Rakestraw Cowden, Esq.
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>8 GILCREASE LANE, QUINCY FLORIDA 32351,<br><br>    and<br><br>ONE CONDO LOCATED ON NORTH OCEAN BOULEVARD IN MYRTLE BEACH, SOUTH CAROLINA,<br><br>    AND<br><br>ALL FUNDS, INCLUDING APPROXIMATELY $53 MILLION, HELD ON DEPOSIT AT BANK OF AMERICA ACCOUNTS IN THE NAMES OF (1) THOMAS A. BOWDOIN, JR., SOLE PROPRIETOR, DBA ADSURFDAILY, (2) CLARENCE BUSBY, JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER, AND (3) GOLDEN PANDA AD BUILDER,<br><br>    Defendants, and<br><br>ADSURFDAILY, INC., THOMAS A. BOWDOIN, JR., AND BOWDOIN HARRIS ENTERPRISES, INC.,<br><br>    Claimants. | Case: 1:08-cv-01345<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 8/5/2008<br>Description: General Civil |

**PRO HAC VICE DECLARATION OF JONATHAN GOODMAN**

Jonathan Goodman, Florida litigation counsel for Adsurfdaily, Inc., in this civil forfeiture action, hereby submits this Declaration pursuant to LCvR 83.2, and says:

1. My name is Jonathan Goodman. I am licensed to practice law in the State of Florida.

2. My office address and telephone number are as follows: Akerman Senterfitt, One S.E. 3rd Avenue, 25th Floor, Miami, FL 33131, (305) 374-5600, Ext. 45640.

3. I am a member of The Florida Bar. I am also a member of the Southern and Middle District Bars of Florida.

4. I certify that I have never been disciplined by any Bar.

5. I have never before been admitted pro hac vice in this Court, and I have never previously requested pro hac vice status in this Court.

6. I do not practice law from an office located in the District of Columbia, and I am not a member of the District of Columbia Bar and I do not have an application for membership pending.

7. Our law firm, Akerman Senterfitt, also maintains offices in Washington, D.C. and Tysons Corner, Virginia. Michael Fayad, a lawyer with my firm who works in the Tysons Corner office, has agreed to sponsor my pro hac vice application to this Court for purposes of this case.

I HEREBY SWEAR, under penalty of perjury, that the foregoing is true and correct.

EXECUTED on August 12, 2008.

AKERMAN SENTERFITT

By: /s/ Jonathan Goodman

{M2716182;1}                                 2