IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth St., N.W.,<br>Washington, D.C. 20530,<br><br>      Plaintiff,<br><br> v.<br><br>8 GILCREASE LANE, QUINCY<br>FLORIDA 32351,<br><br>      and,<br><br>ONE CONDO LOCATED ON<br>NORTH OCEAN BOULEVARD IN<br>MYRTLE BEACH, SOUTH<br>CAROLINA,<br><br>      and,<br><br>ALL FUNDS, INCLUDING<br>APPROXIMATELY $53 MILLION,<br>HELD ON DEPOSIT AT BANK OF<br>AMERICA ACCOUNTS IN THE NAMES<br>(1) THOMAS A. BOWDOIN, JR.,<br>SOLE PROPRIETOR, DBA<br>ADSURFDAILY, (2) CLARENCE<br>BUSBY JR.AND DAWN STOWERS,<br>DBA GOLDEN PANDA AD BUILDER,<br>AND (3) GOLDEN PANDA<br>AD BUILDER,<br><br>      Defendants, and<br><br>GOLDEN PANDA AD BUILDER, AND<br>CLARENCE BUSBY, JR.<br><br>      Claimants. | VERIFIED CLAIMS OF CLAIMANTS<br><br>Civil Action No: 1:08-cv-01345<br>Hon. Rosemary M. Collyer |

**VERIFIED CLAIMS OF CLAIMANTS**

Pursuant to Supplemental Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), Golden Panda Ad Builder and Clarence Busby Jr. asserts its interest and right in various Bank of America accounts currently seized under the Government's complaint. Golden Panda Ad Builder ("Golden Panda") claims the right to defend in this action. In support of Claimant's verified statement, Claimant asserts that:

1. Golden Panda and Clarence Busby Jr. are legal owners of the funds in the following Bank of America accounts seized by the Government:

   a. All funds held in account #334011130192 at Bank of America, in the name of Clarence Busby Jr. and Dawn Stowers, DBA Golden Panda Ad Builder Deposit Account;

   b. All funds held in account #334011130200 at Bank of America, in the name of Clarence Busby Jr. and Dawn Stowers, DBA Golden Panda Ad Builder Operating Account;

   c. All funds held in account #91000113401039 at Bank of America, in the name of Golden Panda Ad Builder; and

   d. All funds held in account #91000113404188 at Bank of America, in the name of Golden Panda Ad Builder.

2. The Government named Golden Panda Ad Builder's property as defendants in its complaint and that property remains subject to immediate seizure pending the resolution of forfeiture proceedings. Mr. Busby opened each of those accounts. Mr. Busby and his daughter, Dawn Stowers, are the named account holders and exercise dominion and control over the above-listed accounts. Mr. Busby is CEO

and President of Golden Panda. Golden Panda and Clarence Busby, as sole proprietor of Golden Panda, claim ownership of the currency contained within the above-listed accounts and, therefore, asserts their right to defend this forfeiture action.

3. The claimants timely file this claim under 18 U.S.C. § 983(a)(4)(A). The Government filed its complaint on August 5, 2008. Golden Panda submits this claim within 30 days from the date the Government served its complaint.

## VERIFICATION

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on *Aug. 23*, 2008.

GOLDEN PANDA AD BUILDER
AND CLARENCE BUSBY JR.


By: _____
    Clarence Busby Jr.
    Individually and as CEO
    and President of Golden Panda
    Ad Builder

Respectfully submitted,

GOLDEN PANDA AD BUILDER,

By: _____  By: _____
D. Jack Smith**                Jonathan W. Emord*
Law Offices of D. Jack Smith   Peter A. Arhangelsky
4620 Shady Grove Rd.           *Its Counsel*
Memphis, TN 39117              Emord & Associates, P.C.
*Co-Counsel Counsel*           11808 Wolf Run Lane
                               Clifton, VA 20124
                               Ph: (202) 466-6937
                               Fx: (202) 466-6938
                               jemord@emord.com

**Motion for admission pro hac vice pending    *Counsel of Record

4

## CERTIFICATE OF SERVICE

I, Jonathan Emord, declare that on August 22, 2008, pursuant to Supplemental Rule G(5)(a)(D), Supplemental Rule G(4)(a)(ii)(C), I caused to be served by overnight mail and electronic PDF copy the Claimant's Notice of Claim on Government counsel at the below address:

> William R. Cowden
> Assistant United States Attorney
> Chief, Asset Forfeiture Unit
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0258
> (202) 514-8707 (fax)
> william.cowden@usdoj.gov

_____
Jonathan W. Emord

5