## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o United States Attorney's Office
555 Fourth St., N.W.,
Washington, D.C.  20530,

                           Plaintiff,

           v.

8 GILCREASE LANE, QUINCY
FLORIDA  32351,

                   and,

ONE CONDO LOCATED ON
NORTH OCEAN BOULEVARD IN
MYRTLE BEACH, SOUTH
CAROLINA,

                   and,

ALL FUNDS, INCLUDING
APPROXIMATELY $53 MILLION,
HELD ON DEPOSIT AT BANK OF
AMERICA ACCOUNTS IN THE NAMES
(1) THOMAS A. BOWDOIN, JR.,
SOLE PROPRIETOR, DBA
ADSURFDAILY, (2) CLARENCE
BUSBY JR. AND DAWN STOWERS,
DBA GOLDEN PANDA AD BUILDER,
AND (3) GOLDEN PANDA
AD BUILDER,

                Defendants, and

GOLDEN PANDA AD BUILDER, AND
CLARENCE BUSBY, JR.
                  Claimants.

**APPEARANCE**

Civil Action No:  1:08-cv-01345
Hon. Rosemary M. Collyer

## **APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Jonathan W. Emord as counsel in this case for

Golden Panda Ad Builder and Clarence Busby Jr., as sole proprietor of Golden Panda Ad

Builder.

Date:  August 25, 2008

_____/s/_____
Jonathan W. Emord
D.C. Bar No. 407414
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
jemord@emord.com