**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth St., N.W.,<br>Washington, D.C.  20530,<br><br>                                        Plaintiff,<br><br>                  v.<br><br>8 GILCREASE LANE, QUINCY<br>FLORIDA  32351,<br><br>                              and,<br><br>ONE CONDO LOCATED ON<br>NORTH OCEAN BOULEVARD IN<br>MYRTLE BEACH, SOUTH<br>CAROLINA,<br><br>                              and,<br><br>ALL FUNDS, INCLUDING<br>APPROXIMATELY $53 MILLION,<br>HELD ON DEPOSIT AT  BANK OF<br>AMERICA ACCOUNTS IN THE NAMES<br>(1) THOMAS A. BOWDOIN, JR.,<br>SOLE PROPRIETOR, DBA<br>ADSURFDAILY, (2) CLARENCE<br>BUSBY JR. AND DAWN STOWERS,<br>DBA GOLDEN PANDA AD BUILDER,<br>AND (3) GOLDEN PANDA<br>AD BUILDER,<br><br>                                        Defendants, and<br><br>GOLDEN PANDA AD BUILDER, AND<br>CLARENCE BUSBY, JR.<br><br>                                        Claimants. | **MOTION FOR ADMISSION<br>PRO HAC VICE**<br><br> Civil Action No:  1:08-cv-01345<br> Hon. Rosemary M. Collyer |

**MOTION FOR ADMISSION PRO HAC VICE**

The above-referenced Claimants ("Claimants"), by counsel and pursuant to D.C. District Rule 83.2(d), hereby move this Honorable Court to permit D. Jack Smith, Esq., an attorney not admitted to practice before this Court, to do so for the limited purpose of representing Clarence Busby Jr., d/b/a Golden Panda Ad Builder.  In support, Claimants' counsel states as follows:

1. D. Jack Smith is an attorney licensed to practice in the states of Tennessee.

2. Mr. Smith is in good standing in each jurisdiction where he is licensed and has never been disciplined by any bar or by any court for wrongful, unethical, or unlawful conduct except for a fee dispute matter that occurred approximately 20 years ago.

3. Mr. Smith is familiar with, and agrees to be bound by, the rules of this Court and agrees to submit to this Court's power.

4. Mr. Smith has not applied for *pro hac vice* admission before this Court within the last two years.

5. Mr. Smith's office address and phone number is as follows:

> D. Jack Smith, Esq.
> Law Offices of D. Jack Smith
> 4620 Shady Grove Road
> Memphis, TN  39117

Based on the foregoing and on the attached affidavit of Mr. D. Jack Smith, counsel for Claimants respectfully requests that this motion be granted and that Mr. D. Jack Smith be permitted to appear before this Honorable Court *pro hac vice*.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Jonathan W. Emord, Esq.
                                        D.C. Bar. No. 407414
                                        Emord & Associates, P.C.
                                        11808 Wolf Run Lane
                                        Clifton, VA  20124
                                        Ph: (202) 466-6937
                                        Fx: (202) 466-6938
                                        jemord@emord.com

Dated:  August 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o United States Attorney's Office
555 Fourth St., N.W.,
Washington, D.C. 20530,

                Plaintiff,

v.

8 GILCREASE LANE, QUINCY
FLORIDA 32351,

                and,

ONE CONDO LOCATED ON
NORTH OCEAN BOULEVARD IN
MYRTLE BEACH, SOUTH
CAROLINA,

                and,

ALL FUNDS, INCLUDING
APPROXIMATELY $53 MILLION,
HELD ON DEPOSIT AT BANK OF
AMERICA ACCOUNTS IN THE NAMES
(1) THOMAS A. BOWDOIN, JR.,
SOLE PROPRIETOR, DBA
ADSURFDAILY, (2) CLARENCE
BUSBY JR. AND DAWN STOWERS,
DBA GOLDEN PANDA AD BUILDER,
AND (3) GOLDEN PANDA
AD BUILDER,

                Defendants, and

GOLDEN PANDA AD BUILDER, AND
CLARENCE BUSBY, JR.

                Claimants.

AFFIDAVIT IN SUPPORT OF
MOTION FOR PRO HAC VICE

Civil Action No: 1:08-cv-01345
Hon. Rosemary M. Collyer

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, D. Jack Smith, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney licensed to practice in the state of Tennessee.

2. I was admitted to practice in the state of Tennessee on July 28, 1962.

3. I am admitted to practice before the United States Supreme Court, the United States Court of Claims, the Federal District Court for the Western District of Tennessee, and the United States Court of Appeals for the Sixth Circuit.

4. I am in good standing in each jurisdiction where I am licensed, and I have never been disciplined by any bar or by any court for wrongful or unlawful conduct other than a fee dispute matter that occurred approximately 20 years ago.

5. I am familiar with, and agree to be bound by, the rules of this Court, and I agree to submit to this Court's power

6. I have not been admitted to practice *pro hac vice* in the District Court for the District of Columbia in the past two years.

Executed on: 8/22/08

_____
D. Jack Smith, Esq.