## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o United States Attorney's Office
555 Fourth St., N.W.,
Washington, D.C. 20530,

                Plaintiff,

     v.

8 GILCREASE LANE, QUINCY
FLORIDA 32351,

         and,

ONE CONDO LOCATED ON
NORTH OCEAN BOULEVARD IN
MYRTLE BEACH, SOUTH
CAROLINA,

         and,

ALL FUNDS, INCLUDING
APPROXIMATELY $53 MILLION,
HELD ON DEPOSIT AT BANK OF
AMERICA ACCOUNTS IN THE NAMES
(1) THOMAS A. BOWDOIN, JR.,
SOLE PROPRIETOR, DBA
ADSURFDAILY, (2) CLARENCE
BUSBY JR. AND DAWN STOWERS,
DBA GOLDEN PANDA AD BUILDER,
AND (3) GOLDEN PANDA
AD BUILDER,

                Defendants, and

GOLDEN PANDA AD BUILDER, AND
CLARENCE BUSBY, JR.

                Claimants.

**UNNAPPOSED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING**

Civil Action No: 1:08-cv-01345
Hon. Rosemary M. Collyer

## CLAIMANT'S UNNAPPOSED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING

Clarence Busby Jr. d/b/a Golden Panda Ad Builder ("Golden Panda"), by counsel, hereby moves this Honorable Court for a 30-day extension to file responsive pleadings. 18 U.S.C. § 983(a)(4)(B) requires that a claimant file responsive pleadings within 20 days after submitting a claim to seized property. *See also* Fed. R. Civ. Pro Supplemental Rule G(5)(b). The Government filed its complaint against Golden Panda's property on August 5, 2008. Golden Panda timely filed its claim thereafter on August 22, 2008. *See* 18 U.S.C. § 983(a)(4)(A) (claims are timely filed within 30 days from date of complaint). Golden Panda has conferred with Government counsel concerning this motion. The Government has consented to a 30-day extension permitting Golden Panda to file its responsive pleadings by October 13, 2008.

Respectfully submitted,

CLARENCE BUSBY JR. AND GOLDEN PANDA AD BUILDER

By: _____/s/_____

D. Jack Smith
Law Offices of D. Jack Smith
4620 Shady Grove Rd.,
Memphis, TN  39117
*Co-Counsel*

Jonathan W. Emord*
Andrea G. Ferrenz
Peter A. Arhangelsky
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Ph:  (202) 466-6937
Fx:  (202) 466-6938
*Its Counsel*

* Counsel of Record

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
c/o United States Attorney's Office
555 Fourth St., N.W.,
Washington, D.C.  20530,

                Plaintiff,

      v.

8 GILCREASE LANE, QUINCY
FLORIDA  32351,

        and,

ONE CONDO LOCATED ON
NORTH OCEAN BOULEVARD IN
MYRTLE BEACH, SOUTH
CAROLINA,

        and,

ALL FUNDS, INCLUDING
APPROXIMATELY $53 MILLION,
HELD ON DEPOSIT AT BANK OF
AMERICA ACCOUNTS IN THE NAMES
(1) THOMAS A. BOWDOIN, JR.,
SOLE PROPRIETOR, DBA
ADSURFDAILY, (2) CLARENCE
BUSBY JR. AND DAWN STOWERS,
DBA GOLDEN PANDA AD BUILDER,
AND (3) GOLDEN PANDA
AD BUILDER,

              Defendants, and

GOLDEN PANDA AD BUILDER, AND
CLARENCE BUSBY, JR.

              Claimants.

**DRAFT ORDER**

Civil Action No:  1:08-cv-01345
Hon. Rosemary M. Collyer

## **ORDER**

Upon consideration of the claimant's Motion for Extension to File Responsive Pleadings, it is on this _____ day of _____, 2008, HEREBY:

ORDERED that the Motion for Extension be GRANTED. Claimant Clarence Busby Jr. d/b/a Golden Panda Ad Builder may file responsive pleadings by October 13, 2008.

                                                                                                 _____
                                                                                                   ROSEMARY M. COLLYER
                                                                                                   United States District Judge