# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 08-1345 (RMC) |
| ) | ECF |
| **v.** ) | |
| ) | Notice of Appearance |
| **8 GILCREASE LANE, QUINCY** ) | |
| **FLORIDA 32351,** *ET AL.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **Thomas A. Bowdoin, Jr.** ) | |
| **Bowdoin/Harris Enterprises, Inc. &** ) | |
| **Adsurfdaily, Inc.,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Golden Panda Ad Builder &** ) | |
| **Clarence Busby, Jr.,** ) | |
| ) | |
| **Claimants.** ) | |
| ) | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Vasu B. Muthyala as an additional government counsel in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


/s/
VASU B. MUTHYALA, CA Bar #210462
Assistant United States Attorney
555 4th St., N.W., Rm 5239
Washington, DC  20530
202-514-7541
vasu.muthyala@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice of Appearance to be served upon counsel for claimants by means of the Court's ECF system on this 11th day of September 2008.

/s/
Vasu B. Muthyala
Assistant United States Attorney