# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 08-1345 (RMC) |
| ) | ECF |
| v. ) | |
| ) | |
| **8 GILCREASE LANE, QUINCY** ) | |
| **FLORIDA 32351,** *ET AL.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| **Thomas A. Bowdoin, Jr.** ) | |
| **Bowdoin/Harris Enterprises, Inc. &** ) | |
| **Adsurfdaily, Inc.,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Golden Panda Ad Builder &** ) | |
| **Clarence Busby, Jr.,** ) | |
| ) | |
| **Claimants.** ) | |
| ) | |

## Consent Motion for Enlargement of Time

Plaintiff United States hereby moves this Court for a three-week enlargement of time to file plaintiff's Opposition to the Motion to Sever and Transfer filed by claimants Clarence Busby, Jr. and Golden Panda Ad Builder, Inc. ("GP"). Plaintiff respectfully requests an enlargement of 21 calendar days, resulting in a new filing deadline of October 3, 2008.

Plaintiff needs additional time to discuss/review information from claimants that may render the Motion to Sever and Transfer unnecessary or moot.

This is the first request for an enlargement of time requested by plaintiff in this case, and claimants (Busby and GP), through their counsel, consent to the relief requested here.

For the foregoing reasons, plaintiff respectfully request that the Court grant the requested enlargement. A proposed order is attached.

Dated: September 12, 2008.    Respectfully submitted,

   /s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

   /s/_____
WILLIAM R. COWDEN, DC Bar # 426301
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 307-0258
william.cowden@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion for Enlargement of Time to be served by means of the Court's ECF system on this 12th day of September 2008 upon counsel of record for all claimants in this case.

   /s/_____
William R. Cowden

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1345 (RMC) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| **8 GILCREASE LANE, QUINCY FLORIDA 32351,** *ET AL.*, | ) ) ) | |
| | ) | |
| **Defendants.** | ) ) | |
| | ) | |
| **Thomas A. Bowdoin, Jr.** **Bowdoin/Harris Enterprises, Inc. &** **Adsurfdaily, Inc.,** | ) ) ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Golden Panda Ad Builder &** **Clarence Busby, Jr.,** | ) ) | |
| | ) | |
| **Claimants.** | ) ) | |

# O R D E R

Upon consideration of the plaintiff's unopposed Motion for Enlargement of Time to file its Opposition, and for good cause shown, it is this \_\_\_\_ day of _____, hereby

ORDERED that plaintiff's motion is hereby GRANTED and its Opposition shall be due on or before October 3, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE