IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth St., N.W.,<br>Washington, D.C. 20530,<br><br>      Plaintiff,<br><br>  v.<br><br>ALL FUNDS, INCLUDING<br>APPROXIMATELY $53 MILLION,<br>HELD ON DEPOSIT AT BANK OF<br>AMERICA ACCOUNTS IN THE NAMES<br>(1) THOMAS A. BOWDOIN, JR.,<br>SOLE PROPRIETOR, DBA<br>ADSURFDAILY, (2) CLARENCE<br>BUSBY JR. AND DAWN STOWERS,<br>DBA GOLDEN PANDA AD BUILDER,<br>AND (3) GOLDEN PANDA<br>AD BUILDER,<br><br>      Defendants, and<br><br>GOLDEN PANDA AD BUILDER, AND<br>CLARENCE BUSBY, JR.<br><br>      Claimants. | Civil Action No: 1:08-cv-01345<br>Hon. Rosemary M. Collyer |

**CONSENT MOTION FOR EXTENSION OF TIME**

  Claimants Golden Panda Ad Builder ("Golden Panda") and Clarence Busby, Jr., by counsel, hereby move this Court for a three-week extension of time to file its Reply to the Plaintiff's Opposition to Claimant's Motion for Release of Seized Funds. Golden Panda respectfully requests a 21-day extension, and a new deadline of October 8, 2008, to file its Reply.

Ongoing negotiations may render Golden Panda's Reply moot. Plaintiffs, through counsel, consent to the relief requested in this motion.

For the foregoing reasons, claimant Golden Panda respectfully requests that this Honorable Court grant the requested extension.

Respectfully submitted,

GOLDEN PANDA AD BUILDER,

D. Jack Smith
Law Offices of D. Jack Smith
4620 Shady Grove Rd.,
Memphis, TN 39117
*Co-Counsel*

By: _____/s/_____
Jonathan W. Emord*
Andrea G. Ferrenz
Peter A. Arhangelsky
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
Ph: (202) 466-6937
Fx: (202) 466-6938
jemord@emord.com
*Its Counsel*

* Counsel of Record

Date submitted: September 15, 2008