**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                   Plaintiff,

      v.

ALL FUNDS, INCLUDING
APPROXIMATELY $53 MILLION,
HELD ON DEPOSIT AT BANK OF
AMERICA ACCOUNTS IN THE NAMES
(1) THOMAS A. BOWDOIN, JR.,
SOLE PROPRIETOR, DBA
ADSURFDAILY, (2) CLARENCE
BUSBY JR. AND DAWN STOWERS,
DBA GOLDEN PANDA AD BUILDER,
AND (3) GOLDEN PANDA
AD BUILDER,

                   Defendants, and

GOLDEN PANDA AD BUILDER, AND
CLARENCE BUSBY, JR.

                   Claimants.

**CONSENT MOTION TO DISMISS
GOLDEN PANDA CLAIMS**

Civil Action No: 1:08-cv-01345
Hon. Rosemary M. Collyer

---

**CONSENT MOTION TO DISMISS GOLDEN PANDA CLAIMS**

Golden Panda Ad Builder and Clarence Busby, Jr., claimants in the above-referenced case ("Claimants"), by counsel and with the consent of the United States, hereby submit this motion to dismiss the Claimants' claims to all funds seized by the United States.

Claimants understand that dismissal of their claim may result in forfeiture to the United States of all funds previously claimed by Golden Panda and Clarence Busby, Jr.

Claimants also have agreed to provide to the United States additional funds and uncashed checks, all of which constitute proceeds derived from Golden Panda's eight days of operation.  In addition to its voluntary forfeiture of the foregoing funds to the United States, Golden Panda has authorized its attorneys to dissolve the Golden Panda corporation, thereby causing Golden Panda to cease its existence as a legal entity. Moreover, having discontinued its operations upon receipt of notice that the United States had seized Golden Panda's funds, Golden Panda now has made that cessation permanent.

Golden Panda has agreed to facilitate the United States' effort to identify the persons who provided funds to Golden Panda, and to that end, Golden Panda will post on its web site a notice to the public that will describe these events as well as the salient facts that led to its decision to cease operations.  As to that latter point, Golden Panda will explain that while Golden Panda sought independent legal advice immediately before commencing business and was the very day before the seizure order receiving that advice as to the limits of the law, it theretofore operated on the understanding from Ad Surf Daily's representatives that the Ad Surf Daily business, upon which Golden Panda was modeled, operated lawfully in every respect and, so, believed it so.  Nonetheless, now apprised by its separate counsel of the legal limits, and of the position of the United States, Golden Panda has no interest whatsoever in continuing its operations and has every interest in aiding the United States in restoring funds paid by third parties to Golden Panda.

Golden Panda further consents to denial of each of its pending motions as moot.

Accordingly, with the consent of the United States, Golden Panda respectfully requests that the Court dismiss or strike Claimants' claims for the seized properties.

Respectfully submitted,

GOLDEN PANDA AD BUILDERS;
CLARENCE BUSBY, JR.;
DAWN STOWERS,


By_____/s/_____

D. Jack Smith  
Law Offices of D. Jack Smith  
4620 Shady Grove Rd.,  
Memphis, TN  39117  
*Co-Counsel*

Jonathan W. Emord *  
Andrea G. Ferrenz  
Emord & Associates, P.C.  
11808 Wolf Run Lane  
Clifton, VA  20124  
Ph:  (202) 466-6937  
Fx:  (202) 466-6938  
jemord@emord.com  
*Counsel*


\* Counsel of Record

Date submitted:  September 22, 2008