UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1345 (RMC) |
| 8 GILCREASE LANE, QUINCY FLORIDA 32351, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| ADSURFDAILY, INC, THOMAS A. BOWDOIN, JR., AND BOWDOIN HARRIS ENTERPRISES, INC., | ) |
| Claimants. | ) |

## ORDER

This matter comes before the Court on Claimant AdSurfDaily, Inc.'s Emergency Motion for Return of Seized Funds to Save Business and Jobs with Oversight and Monitoring, and Motion to Dismiss. *See* Dkt. # 7. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Claimant's Motion to Dismiss is [Dkt. # 7] is **DENIED**; and it is further

**ORDERED** that Claimant's Emergency Motion for Return of Seized Funds to Save Business and Jobs with Oversight and Monitoring [Dkt. # 7] is **DENIED**; and it is further

**ORDERED** that Claimant's Petition to Determine Proportionality [Dkt. # 27] is **DENIED** as premature; and it is further

**ORDERED** that Claimants shall serve their answers or other responsive pleadings no later than December 15, 2008.

**SO ORDERED.**

Date: November 19, 2008                             /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge