UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:08-cv-01345 |
| ) | |
| 8 GILCREASE LANE, QUINCY ) | Hon. Rosemary M. Collyer |
| FLORIDA 32351, ) | |
| ) | |
| and ) | |
| ) | |
| ONE CONDO LOCATED ON ) | |
| NORTH OCEAN BOULEVARD IN ) | |
| MYRTLE BEACH, SOUTH ) | |
| CAROLINA, ) | |
| ) | |
| and ) | |
| ) | |
| ALL FUNDS, INCLUDING ) | |
| APPROXIMATELY $53 MILLION, ) | |
| HELD ON DEPOSIT AT BANK OF ) | |
| AMERICA ACCOUNTS IN THE NAMES ) | |
| OF (1) THOMAS A. BOWDOIN, JR., ) | |
| SOLE PROPRIETOR, DBA ) | |
| ADSURFDAILY, (2) CLARENCE ) | |
| BUSBY, JR. AND DAWN STOWERS, ) | |
| DBA GOLDEN PANDA AD BUILDER, ) | |
| AND (3) GOLDEN PANDA AD BUILDER, ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| ADSURFDAILY, INC., THOMAS A. ) | |
| BOWDOIN, JR., AND BOWDOIN HARRIS ) | |
| ENTERPRISES, INC., ) | |
| ) | |
| Claimants. ) | |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW CLAIMS**
**RELEASE OF CLAIMS TO SEIZED PROPERTY**
**AND CONSENT TO FORFEITURE**

{TY055059;1}

Dockets.Justia.com

Claimants, AdSurfDaily, Inc., Thomas A. Bowdoin, Jr. and Bowdoin & Harris Enterprises, Inc. (hereinafter "Claimants"), by undersigned counsel, hereby request leave of the Court to withdraw and release claims previously filed, consent to forfeiture, as follows.

1.     Claimants withdraw and release with prejudice the verified claims they filed in this civil forfeiture action.

2.     Claimants consent to the forfeiture of the properties for which they have asserted claims (i.e., the real property at 8 Gilcrease Lane and the bank account balances at the Bank of America in the names of  Thomas. A. Bowdoin Jr., sole proprietor, d/b/a AdSurfDaily) and expressly announce their intention to not contest the Government's forfeiture efforts against the properties for which they have asserted claims.

Wherefore, counsel respectfully requests that the attached order be granted.

Respectfully submitted,

**AKERMAN SENTERFITT**
*Counsel for Claimants*
8100 Boone Boulevard, Suite 700
Vienna, VA 22182-2683
phone: 703  790-8750 or 800  480-8750
fax:     703  448-1801
Email:  michael.fayad@akerman.com

By:   s/Michael L. Fayad
      Dist. of Columbia Bar Number:  91694

and

Jonathan Goodman, Esq.[1]
Florida Bar No. 371912
**AKERMAN SENTERFITT**
One S. E. Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  jonathan.goodman@akerman.com

---

[1] Mr. Goodman has been permitted to appear *pro hac vice*.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of January, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

AUSA William R. Cowden
Assistant United States Attorney
Chief, Asset Forfeiture Unit
555 4th Street N.W.
Washington, DC 20530
(202) 307-0258
(202) 514-8707 (fax)
*william.cowden@usdoj.gov*

Jonathan W. Emord, Esq.
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
(202) 466-6937
(202) 466-6938 (fax)
*jemord@emord.com*
(counsel for Golden Panda Ad Building
and Clarence Busby, Jr.)


   s/Michael L. Fayad  

_____

UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )
     )
v.     )     Case: 1:08-cv-01345
     )
8 GILCREASE LANE, QUINCY     )     Hon. Rosemary M. Collyer
FLORIDA 32351,     )
     )
     and     )
     )
ONE CONDO LOCATED ON     )
NORTH OCEAN BOULEVARD IN     )
MYRTLE BEACH, SOUTH     )
CAROLINA,     )
     )
     and     )
     )
ALL FUNDS, INCLUDING     )
APPROXIMATELY $53 MILLION,     )
HELD ON DEPOSIT AT BANK OF     )
AMERICA ACCOUNTS IN THE NAMES     )
OF (1) THOMAS A. BOWDOIN, JR.,     )
SOLE PROPRIETOR, DBA     )
ADSURFDAILY, (2) CLARENCE     )
BUSBY, JR. AND DAWN STOWERS,     )
DBA GOLDEN PANDA AD BUILDER,     )
AND (3) GOLDEN PANDA AD BUILDER,     )
     )
     Defendants, and     )
     )
ADSURFDAILY, INC., THOMAS A.     )
BOWDOIN, JR., AND BOWDOIN HARRIS     )
ENTERPRISES, INC.,     )
     )
     Claimants.     )
_____)

**PROPOSED ORDER**

ORDERED, this _____ day of January, 2009, that Claimants in this matter be permitted to withdraw claims with prejudice; and it is

FURTHER ORDERED that said claims are withdrawn.


_____
U.S. District Judge Rosemary M. Collyer


COPIES TO:
Michael L. Fayad, Esq.
Akerman Senterfitt
8100 Boone Boulevard, Suite 700
Vienna, VA 22182

AUSA William Rakestraw Cowden, Esq.
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530