## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 08-1345 (RMC) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| 8 GILCREASE LANE, QUINCY | ) | |
| FLORIDA 32351, etc., | ) | |
| *In Rem* Defendants. | ) | |
| | ) | |
| | ) | |
| Thomas A. Bowdoin, Jr., | ) | |
| Bowdoin/Harris Enterprises, Inc. & | ) | |
| Adsurfdaily, Inc., | ) | |
| Claimants. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF CONSENT TO CLAIMANTS' "MOTION TO WITHDRAW CLAIMS AND CONSENT TO FORFEITURE" AND UNOPPOSED MOTION TO CANCEL INITIAL SCHEDULING CONFERENCE

***COMES NOW***, plaintiff United States of America, by and through its attorney, the

United States Attorney for the District of Columbia, respectfully move this Court to allow

Claimants to withdraw their claims and consent to forfeiture and to cancel the initial Scheduling

Conference that the Court has presently set for January 30, 2009, at 12:00 p.m.  Claimants

Thomas A. Bowdoin, Jr., Bowdoin/Harris Enterprises, Inc. and Adsurfdaily, Inc. do not oppose

this motion.  As grounds for this request, plaintiff submits as follows:

1.  On January 13, 2009, claimants (1) Thomas A. Bowdoin, Jr., (2) Bowdoin/Harris

Enterprises, Inc. and (3) Adsurfdaily, Inc. filed a motion to withdraw their previously filed

verified claims.  See Doc. #39.  Those claims were a prerequisite to claimants' effort to secure

standing to contest the relief sought by plaintiff in this case, that is, the forfeiture of the defendant

properties.  *Plaintiff does not oppose these claimants' motion to withdraw their claims* and these

Dockets.Justia.com

claimants do not oppose plaintiff's request here to cancel the scheduling conference.

2.   The only other persons having filed verified claims in this action previously moved to dismiss their claims, on September 22, 2008.  See Doc. #24.  *Plaintiff did not oppose that motion to dismiss claims*.

3.   Claimants' motions (1) to withdraw claims (Doc. #24) and (2) to dismiss claims (Doc. #39) remain pending.  Should the Court grant these two motions to dismiss all claimants' claims, and upon the expiration of all applicable time periods, plaintiff intends to seek a default against the *in rem* defendants and final judgment of forfeiture.  Meanwhile, plaintiff explores mechanisms to identify victims and losses attributable to the AdSurfDaily and Golden Panda Ad Builder Ponzi operations so that property sued because of its involvement in the fraud schemes alleged in the complaint (or the value of property upon its liquidation) may be used to compensate the frauds' victims.  Based on recent events, scheduling a conference to discuss schedules for moving this case toward disposition no longer is needed.

Respectfully submitted,

 */s/ Jeffrey A. Taylor*
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

 */s/ William R. Cowden*
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney
Chief, Asset Forfeiture Unit
VASU B. MUTHYALA, D.C. Bar No. 496935
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0258
william.cowden@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion/Notice to be served by means of the Court's ECF system on this 14th day of January 2009 upon each claimant's counsel of record.

/s/ *William R. Cowden*
WILLIAM R. COWDEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| **Plaintiff,** | **)** | **Civil Action No. 08-1345 (RMC)** |
| | **)** | **ECF** |
| **v.** | **)** | |
| | **)** | |
| **8 GILCREASE LANE, QUINCY** | **)** | |
| **FLORIDA 32351, etc.,** | **)** | |
| *In Rem* **Defendants.** | **)** | |
| | **)** | |

## ORDER CANCELING INITIAL SCHEDULING CONFERENCE

Upon consideration of Plaintiff's unopposed Motion to Cancel the Initial Scheduling

Hearing set for January 30, 2009 and the entire record herein, it is this _____ day of

_____, 2009, HEREBY Ordered that the Motion to Cancel the Initial

Scheduling Conference previously set for January 30, 2009, at 12:00 p.m., is GRANTED.


_____
ROSEMARY M. COLLYER
United States District Judge