UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>555 Fourth St., N.W.<br>Washington, DC 20530<br><br>Plaintiff,<br><br>v.<br><br>2 NORTH ADAMS STREET,<br>QUINCY, FLORIDA 32351;<br><br>AND<br><br>205 CACTUS STREET<br>TALLAHASSEE, FLORIDA 32304;<br><br>AND<br><br>APPROXIMATELY $634,266.13 IN<br>U.S. FUNDS PREVIOUSLY DEPOSITED<br>AT THE BARTOW COUNTY BANK,<br>ACCOUNT 059-602, IN THE NAME OF<br>GOLDEN PANDA AD BUILDER;<br><br>AND<br><br>ONE 2009 LINCOLN MKS,<br>VIN 1LNHM93R99G602546, IN THE<br>NAME OF BOWDOIN HARRIS<br>ENTERPRISES, INC.<br><br>AND<br><br>ONE 2008 TRITON 20 FOOT<br>CABANA BOAT, VIN TJZP1458B808,<br>VESSEL #FL5752NU,<br>ONE 2008 MERCURY 90ELPT 4/S<br>MOTOR, VIN 1B533883, AND<br>ONE 2008 COMF TRAILER,<br>VIN 5DKPB13168N019903, FL LICENSE<br>881LLS; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL COMPLAINT FOR<br>FORFEITURE *IN REM*   08-1345 (RMC)<br><br>Civil Action No.: 1:08-cv-02205<br><br>Assigned to: Collyer, Rosemary M. |

RECEIVED

FEB 2 7 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

*8 Gilcrease Lane Jax*
*Quincy, FL 32351*

|  |  |
|---|---|
| AND | § |
|  | § |
| TWO 2007 BOMBARDIER GTISE | § |
| JET SKIS, VIN YDV03674A707 AND | § |
| VIN YDV03669A707, AND ONE 2008 | § |
| COMFAB TRAILER, | § |
| VIN 5DKPB13168N019903; | § |
|  | § |
| AND | § |
|  | § |
| ONE 2009 ACURA TXS | § |
| VIN JH4CU26689C006437, | § |
| REGISTERED TO HAYS | § |
| MCDOUGAL AMOS; | § |
|  | § |
| AND | § |
|  | § |
| ONE 2008 HONDA DRV, | § |
| VIN 5J6RE38738L003796, | § |
| REGISTERED TO JUDY SHIVER | § |
| HARRIS AND GEORGE FRANKLIN | § |
| HARRIS, III; | § |
|  | § |
| AND | § |
|  | § |
| MISCELLANEOUS COMPUTERS, | § |
| COMPUTER MONITORS AND | § |
| RELATED EQUIPMENT SEIZED | § |
| FROM 11-13 S. CALHOUN STREET, | § |
| QUINCY, FLORIDA ON OR ABOUT | § |
| AUGUST 4, 2008; | § |
|  | § |
| Defendants. | § |
|  | § |

## NOTICE OF RESCISSION AND WITHDRAWAL OF RELEASE OF CLAIMS TO SEIZED PROPERTY AND CONSENT TO FORFEITURE

NOW COMES Thomas A. Bowdoin, Jr., ET AL., Claimants, to file this Notice of Rescission and Withdrawal of Release of Claims to Seized Property and Consent to Forfeiture and would show the Court the following, to wit:

2

On January 13, 2009, a Motion for Leave to Withdraw Claims Release of Claims to Seized Property and Consent to Forfeiture by the Claimants was filed with this Honorable Court which was granted on January 22, 2009.

The Claimants after re-evaluation and reconsideration of the withdrawal and release of claims have decided that the decision to withdraw and release claims was a grave mistake and error for the following reasons.

1.) The procedures used to search and seize said property in the forfeiture were non-existent, improper, illegal and tainted with violations of due process of law in violation of the 4th and 5th Amendments concerning the claimants.

2.) The claimants were greatly influenced by legal counsel that was ineffective at best and only looking out for the best interest of the government at worse in violation of their Professional Code of Responsibility and Ethics on several issues requiring disbarment.

3.) The claimants were illegally intimidated, threatened and coerced by government agents and attorneys concerning potential prosecutions and sanctions against them.

4.) The claimants withdrew and released claims to seized property due to forfeiture under severe duress and true feeling of protest against what was illegally occurring.

5.) The government agents used fraud, trickery and deceit to implement illegal actions and procedures and then use those illegal actions and procedures to convince the claimants that the withdrawal and release of claims was their only option.

6.) The government agents and prosecutors acted in bad faith in deciding to use a civil investigation and forfeiture to gain information and evidence for a criminal indictment and conviction.

7.) The government agents and prosecutors have willfully and intentionally used an illegal forfeiture to destroy the business enterprise that has affected thousands of innocent purchasers with de minimis or non-existent harm to the public to punish the claimants.

THEREFORE, this rescission is now legally accomplished as a matter of law.

Respectfully submitted,

Thomas A. Bowdoin, Jr.
Defendant – Pro se
8 Gilcrease Lane
Quincy, Florida 32351
(850) 363-9602

## Verification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/25/09
Date

Thomas A. Bowdoin, Jr.

4

## Certificate of Service

The undersigned certifies that a true copy of the enclosed Notice of Rescission and Withdrawal of Release of Claims to Seized Property and Consent to Forfeiture was mailed on the 25 day of February, 2009 upon the following:

William Cowden, Assistant U.S. Attorney
Chief Asset Forfeiture Unit
555 4th St. N.W.
Washington, D.C. 20001

Jeffrey Taylor, U.S. Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20001

Thomas A. Bowdoin, Jr.