UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>8 GILCREASE LANE, QUINCY FLORIDA 32351,<br><br>and<br><br>ONE CONDO LOCATED ON NORTH OCEAN BOULEVARD IN MYRTLE BEACH, SOUTH CAROLINA,<br><br>and<br><br>ALL FUNDS, INCLUDING APPROXIMATELY $53 MILLION, HELD ON DEPOSIT AT BANK OF AMERICA ACCOUNTS IN THE NAMES OF (1) THOMAS A. BOWDOIN, JR., SOLE PROPRIETOR, DBA ADSURFDAILY, (2) CLARENCE BUSBY, JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER,<br><br>Defendants, and<br><br>ADSURFDAILY, INC., THOMAS A. BOWDOIN, JR. AND BOWDOIN HARRIS ENTERPRISES, INC.,<br><br>Claimants. | Civil Action No.: 1:08-CV-01345 PMC<br><br>Let this be filed<br>RM Colly<br>3/26/09 |

### NOTICE OF RESCISSION AND WITHDRAWAL OF RELEASE OF CLAIMS TO SEIZED PROPERTY AND CONSENT TO FORFEITURE

RECEIVED
MAR 27 2009
Clerk, U.S. District and
Bankruptcy Courts

1

NOW COMES Thomas A. Bowdoin, Jr., ET AL., Claimants, to file this Notice of Rescission and Withdrawal of Release of Claims to Seized Property and Consent to Forfeiture and would show the Court the following, to wit:

On January 13, 2009, a Motion for Leave to Withdraw Claims Release of Claims to Seized Property and Consent to Forfeiture by the Claimants was filed with this Honorable Court which was granted on January 22, 2009.

The Claimants after re-evaluation and reconsideration of the withdrawal and release of claims have decided that the decision to withdraw and release claims was a grave mistake and error for the following reasons.

1.) The procedures used to search and seize said property in the forfeiture were non-existent, improper, illegal and tainted with violations of due process of law in violation of the 4th and 5th Amendments concerning the claimants.

2.) The claimants were greatly influenced by legal counsel that was ineffective at best and only looking out for the best interest of the government at worse in violation of their Professional Code of Responsibility and Ethics on several issues requiring disbarment.

3.) The claimants were illegally intimidated, threatened and coerced by government agents and attorneys concerning potential prosecutions and sanctions against them.

4.) The claimants withdrew and released claims to seized property due to forfeiture under severe duress and true feeling of protest against what was illegally occurring.

5.) The government agents used fraud, trickery and deceit to implement illegal actions and procedures and then use those illegal actions and procedures to convince the claimants that the withdrawal and release of claims was their only option.

6.) The government agents and prosecutors acted in bad faith in deciding to use a civil investigation and forfeiture to gain information and evidence for a criminal indictment and conviction.

7.) The government agents and prosecutors have willfully and intentionally used an illegal forfeiture to destroy the business enterprise that has affected thousands of innocent purchasers with de minimis or non-existent harm to the public to punish the claimants.

THEREFORE, this rescission is now legally accomplished as a matter of law.

Respectfully submitted,

*Thomas A. Bowdoin, Jr.*
Thomas A. Bowdoin, Jr.
Defendant – Pro se
8 Gilcrease Lane
Quincy, Florida 32351
(850) 363-9602

### Verification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/23/2009
Date

*Thomas A. Bowdoin, Jr.*
Thomas A. Bowdoin, Jr.

## Certificate of Service

The undersigned certifies that a true copy of the enclosed Notice of Rescission and Withdrawal of Release of Claims to Seized Property and Consent to Forfeiture was mailed on the 23 day of February, 2009 upon the following:

William Cowden, Assistant U.S. Attorney
Chief Asset Forfeiture Unit
555 4th St. N.W.
Washington, D.C. 20001

Jeffrey Taylor, U.S. Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20001

*Thomas A. Bowdoin, Jr.*
Thomas A. Bowdoin, Jr.