UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>c/o United States Attorney's Office )<br>555 Fourth Street, N.W. )<br>Washington, DC 20530, )<br>)<br>)<br>**Plaintiff**, )<br>)<br>vs. )<br>)<br>8 GILCREASE LANE, QUINCY )<br>FLORIDA 32351, )<br>)<br>AND )<br>)<br>ONE CONDO LOCATED ON )<br>NORTH OCEAN BOULEVARD IN )<br>MYRTLE BEACH, SOUTH )<br>CAROLINA, )<br>)<br>AND )<br>)<br>ALL FUNDS, INCLUDING )<br>APPROXIMATELY $53 MILLION, )<br>HELD ON DEPOSIT AT BANK OF )<br>AMERICA ACCOUNTS IN THE NAMES )<br>OF (1) THOMAS A. BOWDOIN, JR., )<br>SOLE PROPRIETOR, DBA )<br>ADSURFDAILY, (2) CLARENCE )<br>BUSBY, JR. AND DAWN STOWERS, )<br>DBA GOLDEN PANDA AD BUILDER, )<br>AND (3) GOLDEN PANDA )<br>AD BUILDER, )<br>)<br>**Defendants**. )<br>_____ ) | **CORRECTED**<br>**APPEARANCE**<br><br>Case: 1:08-cv-01345<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 8/5/2008<br>Description: General Civil |

To the Clerk of this court and all parties of record:

      Please enter the appearance of Michael L. Fayad, Akerman Senterfitt Wickwire Gavin, as counsel in this case for Claimants ADSURFDAILY, INC., Thomas A. Bowdoin, Jr. and Bowdoin/Harris Enterprises, Inc. (collectively, "Claimants").

{TY043919;1}

Please substitute this Corrected Appearance because the Appearance filed on August 11, 2008, erroneously listed our clients as "Defendants" rather than "Claimants".

Respectfully submitted,

**AKERMAN SENTERFITT WICKWIRE GAVIN**
*Counsel for Claimants*
8100 Boone Boulevard
Suite 700
Vienna, VA 22182-2683
phone: 703  790-8750 or 800  480-8750
fax:    703  448-1801 **(7th Flr)** 703 448-1767 **(6th Flr)**
Email: michael.fayad@akerman.com


By:   s/Michael L. Fayad
Bar Number:  91694

{TY043919;1}