UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>C/O United States Attorney's Office )<br>555 Fourth Street N.W. )<br>Washington, DC 20530 )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>8GILCREASE LANE QUINCY )<br>FLORIDA 32351 )<br>)<br>AND )<br>)<br>ONE CONDO LOCATED ON )<br>NORTH OCEAN BOULEVARD IN )<br>MYRTLE BEACH, SOUTH CAROLINA, )<br>)<br>AND )<br>)<br>ALL FUNDS, INCLUDING )<br>APPROXIMATELY $53 MILLION, )<br>HELD ON DEPOSIT AT BANK OF )<br>AMERICA ACCOUNTS IN THE NAMES )<br>OF (1) THOMAS A. BOWDIN, JR. )<br>SOLE PROPRIETOR, DBA )<br>ADSURFDAILY, (2) CLARENCE )<br>BUSBY, JR. AND DAWN STOWERS, )<br>DBA GOLDEN PANDA AD BUILDER, )<br>AND (3) GOLDEN PANDA AD BUILDER, )<br>)<br>Claimants, and )<br>)<br>ADSURFDAILY, INC., THOMAS A. )<br>BOWDOIN, JR., AND BOWDIN HARRIS )<br>ENTERPRISES, INC., )<br>)<br>Claimants. )<br>_____/ | **NOTICE OF APPEARANCE**<br><br>Case:  1:08-cv-01345<br>Assigned To:  Collyer, Rosemary M.<br>Assign. Date:  8/5/2008<br>Description:  General Civil |

To the Clerk of this Court and all parties of record:

Please note the appearance of Charles A. Murray, Esq. the undersigned attorney as counsel

in this case for Claimants Thomas A. Bowdin, Jr., ADSURFDAILY, INC., and Bowdin/Harris

Enterprises, Inc. (Collectively, "Claimants").

Please substitute my Appearance for and in the place of Ackerman Senterfitt Wickwire Gavin and Michael L. Fayad, Esq., as counsel for the Claimants.

Respectfully submitted,

_____
Charles A. Murray, Esq.
Attorney for the Claimants
DC Bar No. 59089
27911 Crown Lake Blvd, Suite 223
Bonita Springs, FL 34135-4218
(239) 649-7773 voice
(239) 262-3517 fax
Charles@camurraylaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished via, email, fax and regular First Class U.S. Mail to William R. Cowden and Jeffrey A. Taylor, Assistant United States Attorneys, Asset Forfeiture Unit, 555 4th Street N.W. Washington, DC 20530 and Michael Louis Fayad, AKERMAN SENTERFITT 8100 Boone Boulevard, Suite 700 Vienna , VA 22182-2683 and Jonathan Goodman, Esq., Akerman Senterfitt One S.E. Third Avenue, 25th Floor Miami , FL 33131 this 7th day of April, 2009.

_____
Charles A. Murray, Esq.
Attorney for the Claimants