Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

Civil Action No. 08-cv-01345-RMC

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

RE: $1,642,039.08 seized from account #334015765704 at Bank of America, in the name of Clarence Busby Jr. and Dawn Stowers, DBA Golden Panda Ad Builder Cashout Account;

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on August 22, 2008 & October 30, 2008 , and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of May, 2009 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Reggie Johnson

Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

Civil Action No. 08-cv-01345-RMC

V.

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

RE: $6,000,000.00 seized from account #910001 13401039 at Bank of America, in the name of Golden Panda Ad Builder;

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on August 22, 2008 & October 30, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of May, 2009 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Reggie Johnson
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

Civil Action No. 08-cv-01345-RMC

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

RE: $3,007,580.85 seized from account #91000113404188 at Bank of America, in the name of Golden Panda Ad Builder

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on August 22, 2008 & October 30, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of May, 2009 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Reggie Johnson

Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

Civil Action No. 08-cv-01345-RMC

v.

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

RE: $1,112,978.42 seized from account #334011130200 at Bank of America, in the name of Clarence Busby Jr. and Dawn Stowers, DBA Golden Panda Ad Builder Operating Account;

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on August 22, 2008 & October 30, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of May, 2009 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Reggie Johnson
Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

Civil Action No. 08-cv-01345-RMC

v.

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

RE: $2,282,999.72 seized from account #334011130192 at Bank of America, in the name of Clarence Busby Jr. and Dawn Stowers, DBA Golden Panda Ad Builder Deposit Account

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on August 22, 2008 & October 30, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of May, 2009 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Reggie Johnson
Deputy Clerk