UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                            ) | |
| Plaintiff,                                       ) | |
|                                                            ) | |
| v.                                                  ) | Civil Action No. 08-1345 (RMC) |
|                                                            ) | |
| 8 GILCREASE LANE, QUINCY            ) | |
| FLORIDA 32351, *et al.*,                   ) | |
|                                                            ) | |
| Defendants,                                  ) | |
|                                                            ) | |
| and                                                ) | |
|                                                            ) | |
| ADSURFDAILY, INC, THOMAS A.    ) | |
| BOWDOIN, JR., AND BOWDOIN       ) | |
| HARRIS ENTERPRISES, INC.,            ) | |
|                                                            ) | |
| Claimants.                                   ) | |
|                                                            ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Motion to Intervene by Pacific Ministry of Giving, Int. [Dkt. # 43] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene by Midwest Healing Ministries, Inc. [Dkt. # 44] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene by Ronald Breckenfelder [Dkt. # 45] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene by John R. Moore [Dkt. # 46] is **DENIED**; and it is further

**ORDERED** the Motion to Set Aside Forfeiture and Motion to Intervene by Michael Haws [Dkt. # 61] is **DENIED**;

**ORDERED** that the Motion to Set Aside Forfeiture and Motion to Intervene by Curtis Richmond [Dkt. # 63] is **DENIED**;

**ORDERED** that the Motion to Set Aside Forfeiture and Motion to Intervene by Chad Svendsen [Dkt. # 65] is **DENIED**.

**SO ORDERED**.

Date: July 16, 2009                              /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge