

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | Civil Action No.: 08-cv-01345 (RMC)<br><br>ORDER OF FORFEITURE |
| v. | )<br>) | |
| $2,282,999.72 SEIZED FROM ACCOUNT #334011130192 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER DEPOSIT ACCOUNT; | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| $1,112,978.42 SEIZED FROM ACCOUNT #334011130200 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER OPERATING ACCOUNT; | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| $1,642,039.08 SEIZED FROM ACCOUNT #334015765704 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER CASHOUT ACCOUNT; | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| $6,000,000.00 SEIZED FROM ACCOUNT #91000113401039 AT BANK OF AMERICA, IN THE NAME OF GOLDEN PANDA AD BUILDER; AND | )<br>)<br>)<br>)<br>) | |
| $3,007,580.85 SEIZED FROM ACCOUNT #91000113404188 AT BANK OF AMERICA, IN THE NAME OF GOLDEN PANDA AD BUILDER,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## ORDER OF FORFEITURE

On August 5, 2008, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff,

United States of America, against the above-identified *in rem* defendants and other properties. The Complaint sought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A), which provides for the forfeiture of any property involved in a transaction or attempted transaction in violation of 18. U.S.C. §§ 1956 and 1957, or any property traceable to such property. The Complaint also sought to enforce the provision of 18. U.S.C. § 981(a)(1)(C), which provides for the forfeiture of property which constitutes or is derived from proceeds traceable to a violation of any offense constituting "specified unlawful activity" or a conspiracy to commit such offense.

It appearing that process was fully issued in this action with respect to the above-listed five (5) defendant properties and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, agents of the United States Department of Treasury served these five (5) defendant properties on August 22, 2008 and October 30, 2008;

That on May 15, 2009, the Clerk of this Court entered a Default for failure to file or to maintain any claims with respect to these five (5) defendant properties identified above within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

That no defense to the forfeiture of these five (5) defendant properties remains interposed; and that a basis for their forfeiture exists as set forth in the Complaint;

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Order of Forfeiture against these particular defendant properties, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the five (5) properties identified as:

1. $2,282,999.72 SEIZED FROM ACCOUNT #334011130192 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER DEPOSIT ACCOUNT;

2. $1,112,978.42 SEIZED FROM ACCOUNT #334011130200 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER OPERATING ACCOUNT;

3. $1,642,039.08 SEIZED FROM ACCOUNT #334015765704 AT BANK OF AMERICA, IN THE NAME OF CLARENCE BUSBY JR. AND DAWN STOWERS, DBA GOLDEN PANDA AD BUILDER CASHOUT ACCOUNT;

4. $6,000,000.00 SEIZED FROM ACCOUNT #91000113401039 AT BANK OF AMERICA, IN THE NAME OF GOLDEN PANDA AD BUILDER; and

5. $3,007,580.85 SEIZED FROM ACCOUNT #91000113404188 AT BANK OF AMERICA, IN THE NAME OF GOLDEN PANDA AD BUILDER

be entered and that no right, title, or interest in these five (5) *in rem* defendant properties shall exist in any other party, and that the said five (5) defendant properties, totaling $14,048,598.07 in United States currency, be and **HEREBY ARE FORFEITED TO THE UNITED STATES OF AMERICA** to be disposed of in accordance with law.

The Clerk is hereby directed to send three (3) certified copies of this Order of Forfeiture to plaintiff's counsel of record.

Dated this 24th day of July, 2009.

_____
ROSEMARY M. COLLYER
United States District Judge