# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                              ) | Civil No. 08-1345 (RMC) |
|         Plaintiff,      ) | |

UNITED STATES OF AMERICA,  )
                          )
        Plaintiff,    )
                          )      **CONSENT MOTION FOR**
    v.                   )      **EXTENSION OF TIME TO**
                          )      **RESPOND TO ORDER TO**
8 GILCREASE LANE, QUINCY  )      **SHOW CAUSE**
FLORIDA 32351, *ET AL.*,   )
                          )
        Defendants.  )
_____/

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

Thomas A. Bowdoin, Jr. and AdSurfDaily ("ASD") (collectively, the "Claimants"), by counsel, hereby submit this consent motion for an extension of time beyond the present due date of August 7, 2009, until August 28, 2009, for the submission of Bowdoin and ASD's response to this Court's July 24, 2009 Order to Show Cause. Counsel for the Claimants has entered into negotiations with Government counsel that could result in an agreement resolving the matters in dispute either in part or whole. Government counsel has been informed of this motion and consents to it. *See* LCvR 7(m) (duty to confer). Good cause exists for the granting of the motion because the 21 day extension will not be to the prejudice of the Court or the parties, may avoid the need for this Court to address the matters raised in the Order to Show Cause, and may facilitate an agreed to resolution of the matters in dispute either in part or whole.

Dated: August 3, 2009                     Respectfully submitted,

                                       By: _____
                                          Charles A. Murray, Esq.
                                        27911 Crown Lake Blvd., Suite 223
                                        Bonita Springs, FL 34135-4218
                                        239-649-7773 Voice / 239-262-3517 Fax
                                        Email: charles@camurraylaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been

furnished via, email, fax and regular First Class U.S. Mail to William R. Cowden and Jeffrey A.

Taylor, Assistant United States Attorneys, Asset Forfeiture Unit, 555 4th Street N.W. Washington,

DC 20530 this 3rd day of August, 2009.

Charles A. Murray, Esq.
Attorney for the Claimants
Thomas A. Bowdoin, Jr. and AdSurfDaily