UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**8 GILCREASE LANE, QUINCY**   )<br>**FLORIDA 32351,** *et al.*,   )<br>)<br>Defendants,   )<br>)  | Civil Action No. 08-1345 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Motion to Set Aside Forfeiture by Christian Oesch [Dkt. # 74] is **DENIED**; and it is further

**ORDERED** that the Motion to Set Aside Forfeiture by Jeffrey Robinson [Dkt. # 75] is **DENIED**; and it is further

**ORDERED** that the Motion to Set Aside Forfeiture by Joan Hughes [Dkt. # 76] is **DENIED**; and it is further

**ORDERED** that the Motion for Final Ruling by Curtis Richmond [Dkt. # 77] is **DENIED AS MOOT**; and it is further

**ORDERED** the Motion to Disqualify Judge by Curtis Richmond [Dkt. # 78] is **DENIED**.

**SO ORDERED**.

Date: August 4, 2009
/s/
ROSEMARY M. COLLYER
United States District Judge