UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1345 (RMC) |
| 8 GILCREASE LANE, QUINCY FLORIDA 32351, *et al.*, | ) |
| Defendants, | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Jacqueline Poggioreale [Dkt. # 84] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Joseph Poggioreale [Dkt. # 85] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Lisa Koehler [Dkt. # 86] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Carol L. Rose [Dkt. # 87] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Bruce Disner [Dkt. # 88] is **DENIED**.

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Pablo G. Camus [Dkt. # 90] is **DENIED**.

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Todd C. Disner [Dkt. # 91] is **DENIED**.

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Georgette Stille [Dkt. # 92] is **DENIED**.

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Alfredo Perez-Cappelli [Dkt. # 93] is **DENIED**.

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Gallagher and Sons, Inc. [Dkt. # 94] is **DENIED**.

**SO ORDERED**.

Date: August 31, 2009

/s/
ROSEMARY M. COLLYER
United States District Judge