## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 08-1345 (RMC)** |
| ) | |
| **8 GILCREASE LANE, QUINCY** ) | |
| **FLORIDA 32351,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

In this civil forfeiture action, various movants have filed motions styled, "Motion to Intervene and Petition to Return Wrongfully Confiscated Funds."  These movants seek the return to them of funds seized from bank accounts that were, before their seizure, under the control of operators of Ad Surf Daily ("ASD") and Golden Panda Ad Builder ("GP").  The Government alleges that ASD and GP were internet Ponzi schemes that defrauded over 100,000 people.  Movants here are not the first to attempt to intervene in this case and seek the return of funds.  The Court addressed previous motions to intervene in a July 16, 2009, Memorandum Opinion, wherein it found that the motions to intervene must be denied because the movants did not have a cognizable interest in the defendant properties, and therefore did not have standing to contest this forfeiture action.  *See* Dkt. # 72; 18 U.S.C. § 983(d)(6)(B)(I) ("the term 'owner' does not include (i) a person with only a general unsecured interest in, or claim against, the property or estate of another . . . .").

The movants here are in the same position.  Accordingly, for the reasons set forth in the Court's July 16, 2009, Memorandum Opinion [Dkt. # 72], *see United States v. 8 Gilcrease Lane*, Civ. No. 08-1345, 2009 U.S. Dist. LEXIS 60823, 2009 WL 2058785 (D.D.C. July 16, 2009), it is

hereby

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Stan Ketchum [Dkt. # 97] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Lucia M. Ruggeroni [Dkt. # 98] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Barbara J. Bowles [Dkt. # 99] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Robert Bowles [Dkt. # 100] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Dawn Starling [Dkt. # 101] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Eva Cater [Dkt. # 102] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Sara Lehman [Dkt. # 103] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Christopher Blake Scott [Dkt. # 104] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Harold L. Shaffer [Dkt. # 105] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Daniel N. Reams [Dkt. # 106] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated

Funds by James Richards [Dkt. # 107] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by John Deminico [Dkt. # 108] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Thomas M. Shearer, Jr. [Dkt. # 109] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Earl R. Dehart, Jr. [Dkt. # 110] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Peter McFray [Dkt. # 112] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Stephen OBrien [Dkt. # 113] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Julie Ann Larson [Dkt. # 114] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Christine Keyworth [Dkt. # 115] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Joseph L. Dunn [Dkt. # 116] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Caesar Nunez [Dkt. # 117] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Laurie Ann Solliday [Dkt. # 118] is **DENIED**; and it is further

ORDERED the Motion to Intervene and Petition to Return Wrongfully Confiscated

Funds by Tucker Norton [Dkt. # 119] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Tobias Norton [Dkt. # 120] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Steven F. Norton [Dkt. # 121] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Sandra Norton [Dkt. # 122] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Richard H. Frary [Dkt. # 123] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Linda Frary [Dkt. # 124] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Judith Arnold [Dkt. # 125] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Richard Moll [Dkt. # 126] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by James Wessels [Dkt. # 127] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Maureen Wessels [Dkt. # 128] is **DENIED**.

**SO ORDERED**.

Date:  September 9, 2009

_____
/s/
ROSEMARY M. COLLYER
United States District Judge

-4-