# ATTACHMENT 1
# SEPTEMBER 21, 2009 PHONE CALL

**Alan Lackey:** Welcome to the Ad Surf Daily update call on September 21, 2009. Now here's Andy Bowdoin.

**Andy Bowdoin:** Hi folks, it's great to have you on the call and I've really missed our calls on Tuesday and Thursday nights. And I tell you what I just pray continually that we'll soon be back on track again with ASD. On this call, I would like to bring you up to date on what's happened and what's happening now. I won't be able to give you much detail at this time, because of our pending trial. Now we don't have a date on the trial yet, and I've been restricted on what I can say on this call, but once the trial is over, we'll have a seminar, and I will tell all.

After our original law firm Ackerman had done all that they could do, they recommend that I get a criminal attorney. Now Ackerman law firm said that criminal charges would be the next step from the government. So, they recommended a firm in Tallahassee, who's the previous U.S. Attorney. I retained the firm, but after a few months, I was unhappy with their results. They wanted me to accept a plea deal that would not have been beneficial to everyone. So I terminated them and hired another attorney on the west coast of Florida.

I have decided to stop talking with the government, and get before a jury to plead our case. And I believe that our present attorneys – with our present attorneys – that we can build a winning case. We have three expert witnesses that are willing to testify that our program was not a Ponzi. The government doesn't have any right to keep your money, and we want to get your money back, and we'd like to restart ASD. We'd be willing to tweak the program if the government desires, and those of you that'd like to restart with ASD, when you get your money back, you'd have the right to do so. Now I haven't hurt anyone. We've only made money for our members. And ASD did not have a victim until the government stepped in and crushed the company.

Now I've spent over a million dollars on legal fees to get your money back, and to stay out of prison. And it reminds me of, uh, this person, back in Mississippi, Cheryl Blackwood. She was Miss America 1980. When she was five years old, the milk man told her that some day she was going to be Miss America. She said that planted a seed in her mind. And she entered her first pageant when she was 18. It was a Miss America preliminary, Miss Choctaw County in Mississippi. She lost. The next year she entered the Mississippi State pageant and lost again. The following year she entered Miss Mississippi State again, and lost again. The third year at Mississippi State, which was her fourth year in a pageant, she won the university title and she thought that she was finally on her way, but she lost at the state level. The fifth spring she entered another local pageant and won. She won Miss Mississippi and went on to Atlantic City and won the Miss America pageant. It took her five years, but she made it.

Now we suffered a great loss on August 1, 2008 when the government came in and shut us down, and we've continued to suffer for the past year. But folks, I firmly believe that beyond a shadow of a doubt that we will win before a jury. I don't know exactly when that will take

place but we will be ready. As I said, that I am restricted on this call tonight on the things that I can say because of the upcoming trial. But, we will continue to have conference calls and be able to present things to you as they happen.

And we have a person that's been with us since the very beginning of ASD. She's a fantastic individual, a person that you can trust with your life. And, she's a person that's very very wise, has lots of wisdom, she's smart and she's a dynamic person. And then the other person that will be working with us and you just heard him with the introduction, and his name, and he's been with us from the beginning, a dynamic person himself, and that's Alan Lackey. And at this time I would like to introduce to you Sarah Mattoon. Sarah?

**Sarah Mattoon:** Hi everyone, as Andy said I am Sarah Mattoon and I have been involved with the creation of Ad Surf Daily before it became a company, in the summer of 2006. So I've been around the block with ASD. I will be a spokesperson for the heart and sole of ASD essentially directing the members in how they can help effect a positive outcome of this case. There is really much we can contribute as a membership. I'm a volunteer as I was from the beginning and I will be setting up a conference call to introduce myself further and outline the strategy we plan to use. In the email, you will have received with the information to know how to access this recorded call you will be given a way to communicate with me. Please read that email carefully to understand the guidelines I have set up for using that method judiciously. You can imagine that if all 118,000 members try to contact me I will be quickly overwhelmed and communication between us will be so inefficient it will be useless. I look forward to serving the membership in this capacity. Please be patient while we take the time needed to set up the next conference call.

**Andy Bowdoin:** O.K. Allen.

**Alan Lackey:** You will be notified by email when a new update call is available. Until then goodbye everybody

**Sarah Mattoon:** Thank you.

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE TRANSCRIPTION FAIRLY AND ACCURATELY REFLECTS THE CONVERSATION THAT OCCURRED DURING THE CONFERENCE CALL DESCRIBED THEREIN.

_____ 9/28/08
Special Agent Roy Dotson, United States Secret Service