# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Civil Action No. 08-1345 (RMC) |
| ) | |
| **8 GILCREASE LANE, QUINCY,** ) | |
| **FLORIDA 32351,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | **ECF** |

## NOTICE OF APPEARANCE

Please enter the appearance of Deborah L. Connor and Barry Wiegand, Assistant United States Attorneys for the District of Columbia, as counsel for the plaintiff United States of America in this action.

Respectfully submitted,

 */s/ Deborah L. Connor*
DEBORAH L. CONNOR, D.C. Bar No. # 452414
Assistant United States Attorney
Chief, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
202-307-0258
Deborah.Connor@USDoJ.Gov


 */s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar #424211
Assistant  United States Attorney
Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
202-307-0299
William.B.Wiegand@USDoJ.Gov

## **CERTIFICATE OF SERVICE**

     I certify that I caused the foregoing Notice to be served upon all counsel of record in this matter via the Court's ECF system, on this 8th day of October 2009.

                                                    /s/ *Barry Wiegand*
                                                    BARRY WIEGAND