UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CIVIL NO: 08-1345 (RMC)

8 GILCREASE LANE, QUINCY
FLORIDA 32351, *et al*.,

        Defendants.

_____/

**ORDER**

On this _____ day of October, 2009, came on to be heard the Defendant, Thomas A. Bowdoin, Jr's., Motion To Allow Attorney Not admitted To The Bar Of This Court Permission To Practice In This Case Only, in the Above styled and numbered cause, and after considering the filings and record of this case, it is the considered opinion of the court that the Motion should be and is hereby ORDERED GRANTED.

IT IS SO ORDERED this \_\_\_\_ day of October, 2009

                                          _____
                                          ROSEMARY M. COLLYER
                                          UNITED STATES DISTRICT COURT

cc:    All Counsel of Record