# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) 8 GILCREASE LANE, QUINCY, ) FLORIDA 32351, *et al*., ) ) Defendants. ) ) | Civil Action No. 08-1345 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Thomas A. Bowdoin's motion to rescind his withdrawal of claims [*See* Dkt. # 131] is **DENIED**, and it is further

**ORDERED** that Thomas A. Bowdoin's motions to withdraw *pro se* "Notices of Recission" [Dkt. ## 66 & 67] are **DENIED AS MOOT**; and it is further

**ORDERED** that Thomas A. Bowdoin's second motion for evidentiary hearing [Dkt. # 141] is **DENIED AS MOOT**.

**SO ORDERED**.


Date: November 10, 2009                                     /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge