UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1345 (RMC) |
| 8 GILCREASE LANE, QUINCY FLORIDA 32351, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

In this civil forfeiture action, various movants have filed what appear to be form motions styled, "Motion to Intervene and Petition to Return Wrongfully Confiscated Funds." These movants seek the return to them of funds seized from bank accounts that were, before their seizure, under the control of operators of Ad Surf Daily ("ASD") and Golden Panda Ad Builder ("GP"). The Government alleges that ASD and GP were internet "Ponzi schemes" that defrauded over 100,000 people. Movants here are not the first to attempt to intervene in this case and seek the return of funds. The Court addressed previous motions to intervene in a July 16, 2009 Memorandum Opinion, wherein it found that the motions to intervene must be denied because the movants did not have a cognizable interest in the defendant properties, and therefore did not have standing to contest this forfeiture action. *See* Dkt. # 72; 18 U.S.C. § 983(d)(6)(B)(I) ("the term 'owner' does not include (i) a person with only a general unsecured interest in, or claim against, the property or estate of another . . . ."); *see also* August 31, 2009 Memorandum Opinion [Dkt. # 83] and September 9, 2009 Order [Dkt. # 129] (each denying purported motions to intervene on the same basis).

The movants here are in the same position. Accordingly, for the reasons set forth in the Court's July 16, 2009 Memorandum Opinion [Dkt. # 72], *see United States v. 8 Gilcrease Lane*, Civ. No. 08-1345, 2009 U.S. Dist. LEXIS 60823, 2009 WL 2058785 (D.D.C. July 16, 2009), it is hereby

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Barbara J. Rambow [Dkt. # 130] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Daniel L. Dell'Armo [Dkt. # 134] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Francine Kaplan [Dkt. # 135] is **DENIED**; and it is further

**ORDERED** that the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Gretchen Wilson [Dkt. # 136] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Michael C. Soest [Dkt. # 137] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Jean Olsen [Dkt. # 142] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Deborah L. Marino [Dkt. # 143] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Diane Gruenewald [Dkt. # 144] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Lucia Bernat [Dkt. # 145] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Thomas Campanelli [Dkt. # 146] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene by Jan M. Van Wart [Dkt. # 149] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Robert H. Gould [Dkt. # 153] is **DENIED**; and it is further

**ORDERED** the Motion to Intervene and Petition to Return Wrongfully Confiscated Funds by Brock Guengerich [Dkt. # 154] is **DENIED**.

**SO ORDERED**.

Date:  November 10, 2009

/s/
ROSEMARY M. COLLYER
United States District Judge