Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v

8 GILCREASE LANE, QUINCY, FLORIDA 32351 et al

Defendant(s)

Civil Action No. 08-cv-01345-RMC

RE: 8 GILCREASE LANE, QUINCY, FLORIDA 32351 ; ALL FUNDS INCLUDING APPROXIMATELY $53 MILLION, ON DEPOSIT AT BANK OF AMERICA ACCOUNTS OF (1) THOMAS A. BOWDOIN, JR., (2) CLARENCE BUSBY, JR. & DAWN STOWERS,& (3) GOLDEN PANDA AD BUILDER

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with complaint and warrant for arrest in rem on April 20, 2009, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of November, 2009 declared that defendant(s) is/are in default.

, Clerk

By: /s/ Reggie Johnson
Deputy Clerk