## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br> **Plaintiff,**  )<br>  )<br> **v.**  )<br>  )<br> **8 GILCREASE LANE, QUINCY**  )<br> **FLORIDA 32351,** *et al.*,  )<br>  )<br> **Defendants.**  )<br>  ) | **Civil Action No. 08-1345 (RMC)** |

## ORDER TO SHOW CAUSE

On August 5, 2008, Plaintiff United States of America filed a Verified Complaint for

Forfeiture *In Rem* against the defendants, certain real properties located in Quincy, Florida and

Myrtle Beach, South Carolina, and personal properties consisting of approximately $53 million in

funds from Bank of America accounts. *See* Compl. ¶¶ 4-5. The United States seized the funds in

the Bank of America accounts pursuant to warrants for arrest *in rem* issued by the United States

District Court for the District of Columbia. *Id.* ¶ 5. Prior to their seizure, these funds were under

the control of operators of Ad Surf Daily ("ASD") and Golden Panda Ad Builder, including Thomas

A. Bowdoin, Jr. *See id.*

Eight of the ten defendant bank accounts were properly served with a "Notice of

Complaint" and a copy of the verified complaint on October 30, 2008, and the remaining two were

served on April 17, 2009. *See* Dkt. # 68, Exs. 2-5. The defendant real property located in Quincy,

Florida, was served on April 20, 2009. *See id.*, Ex. 1. The Government decided not to seek

forfeiture against the real property located in Myrtle Beach, South Carolina, and that property was

Dockets.Justia.com

dismissed from the case on November 20, 2009. *See* Dkt. # 162. Additionally, a notice of seizure/forfeiture was published on http://www.forfeiture.gov on November 15, 2008, for 30 consecutive days, pursuant to Rule G(4)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Civil Rules of Procedure. *See* Aff. in Supp. of Default [Dkt. # 158] at 5 n.3.

On August 15, 2008, Thomas A. Bowdoin, Jr., and Bowdoin/Harris Enterprises, Inc., filed verified claims for the Defendant real properties and funds seized by the Government. *See* Dkt. # 6. ASD separately filed a verified claim for the money from the Bank of America accounts. *See* Mot. for Return of Seized Funds [Dkt. # 7]. Thereafter, Mr. Bowdoin, Bowdoin/Harris Enterprises, and ASD filed a Motion for Leave to Withdraw Claims, Release of Claims to Seized Property and Consent to Forfeiture. *See* Dkt. # 39. By Order issued on January 22, 2009, the Court granted the Claimants' motion and held that "Claimants' claims [Dkt. # 6] are deemed withdrawn." Order [Dkt. # 41] at 2.

Mr. Bowdoin later decided he wished to pursue his claims after all; however, on November 10, 2009, finding that he knowingly and voluntarily released his claims with respect to Defendant properties, the Court denied his motion to renew those claims. *See* Dkt. ## 157 & 156. No other party has filed a claim or pleading to challenge the forfeiture of the defendant properties, and the time for filing a claim has expired. *See* 18 U.S.C. § 983(a)(4)(A) (claims due within 30 days after service of government's complaint or completion of publication notice); Rule G(5)(a)(ii)(B) of Suppl. R. for Admiralty or Maritime Claims and Asset Forfeiture Actions (verified claim must be filed no later than 60 days after the first day of publication on an official internet government forfeiture site).

As a result, upon affidavit of the Government, the Clerk of this Court entered default against the eleven remaining Defendant properties on November 16, 2009. On November 17, 2009, Plaintiff filed a motion for entry of default judgment. *See* Dkt. # 161. Accordingly, it is hereby

**ORDERED** that on or before December 20, 2009, potential claimant(s) shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's Motion for Entry of Default Judgment and Judgment of Forfeiture against the eleven remaining Defendant properties, including a real property located in Quincy, Florida, and the funds in ten Bank of America bank accounts.

**SO ORDERED**.


Date:   November 20, 2009                      _____/s/_____
                                                ROSEMARY M. COLLYER
                                                United States District Judge

-3-