# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-1345 (RMC) |
| ) | |
| **8 GILCREASE LANE, QUINCY** ) | |
| **FLORIDA 32351,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Before the Court is a "Motion for Disqualification of Judge" pursuant to 28 U.S.C. §§ 144 and 455(b)(1) by Thomas A. Bowdoin, Jr. [Dkt. # 164]. Mr. Bowdoin is a former claimant in this civil forfeiture action. On January 13, 2009, Mr. Bowdoin and other claimants filed a Motion for Leave to Withdraw Claims, Release of Claims to Seized Property and Consent to Forfeiture. *See* Dkt. # 39. By Order issued on January 22, 2009, the Court granted the Claimants' motion and held that "Claimants' claims [Dkt. # 6] are deemed withdrawn." Order [Dkt. # 41] at 2.

Mr. Bowdoin later decided he wished to pursue his claims after all; however, on November 10, 2009, finding that he knowingly and voluntarily released his claims with respect to Defendant properties, the Court denied his motion to renew those claims. *See* Dkt. ## 156 & 157. Thus, Mr. Bowdoin is no longer a party to this action.

The Court therefore will deny Mr. Bowdoin's motion for disqualification due to lack of standing. *See, e.g., United States v. Sciarra*, 851 F.2d 621, 636 (3d Cir. 1988) (finding that nonparty witnesses had no standing to invoke 28 U.S.C. § 455); *United States v. Conforte*, 624 F.2d

869, 880 (9th Cir. 1980) (noting that while § 455 imposes a self-enforcing duty on a judge, its provisions also may be enforced by a party to the action).  If Mr. Bowdoin is displeased with a ruling of the Court, he has a right to appeal.  If Mr. Bowdoin wishes to file a complaint against the Court for perceived judicial misconduct, he may address such complaint to Mark J. Langer, Clerk of Court, U.S. Court of Appeals for the District of Columbia Circuit.  Guidelines for filing such a complaint can be found on that Court's website.  *See* U.S. Court of Appeals - D.C. Circuit - Judicial Misconduct, http://www.cadc.uscourts.gov/internet/home.nsf/content/Judicial+Misconduct (last visited December 17, 2009).

Accordingly, it is hereby

**ORDERED** that Mr. Bowdoin's Motion for Disqualification of Judge [Dkt. # 164] is **DENIED**.

**SO ORDERED.**

Date:  December 18, 2009                                   /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge