UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1345 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| 8 GILCREASE LANE, QUINCY FLORIDA 32351, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that Thomas A. Bowdoin, Jr., Adsurf Daily, Inc. and Bowdoin/Harris Enterprises, Inc., co-claimants in the above named *in rem* forfeiture action, hereby appeal to the United States Court of Appeals for the District of Columbia each and every part of the Judgment of the United States District Court for the District of Columbia that Her Honorable Judge Rosemary M. Collyer entered in this action on the fourth day of January, 2010, which granted the Government's Motion for Default Judgment, and ordered all of the remaining defendants *in rem* forfeited to the United States, premised upon allegations against Thomas A. Bowdoin, Jr. of sale of unregistered securities, fraud, and money-laundering.

Dated: March 1, 2010.

| | |
|---|---|
| *S/ Michael R.N. McDonnell* | *S/ Charles A. Murray* |
| Michael R.N. McDonnel, Esq. | Charles A. Murray, Esq. |
| 5150 Tamiami Trail North | Law Offices of Charles A. Murray, P.A. |
| New Gate Tower, Suite 501 | Naples, Florida 34109 |
| Naples, Florida 34103 | Tel:         239- 649-7773 |
| Tel:         239-434-7711 | Facsimile:    239- 262-3517 |
| Facsimile:    877-613-7485 | |
| Counsel to Thomas A. Bowdoin, Jr,. Adsurf Daily, Inc. and Bowdoin/Harris Enterprises, Inc. | Counsel to Thomas A. Bowdoin, Jr Adsurf Daily, Inc. and Bowdoin/Harris Enterprises, Inc |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-1345 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| 8 GILCREASE LANE, QUINCY FLORIDA 32351, *ET AL.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal has been delivered this 1st day of March 2010, by ECF to insure delivery thereof to Vasu Muthyala DC Bar #496935 Assistant United States Attorney, U.S. Attorney's Office, Criminal Division, 555 Fourth Street, N.W., Washington, D.C. 20530 and Barry Wiegand, U.S. Attorney's Office, 555 Fourth Street, N.W Room 4818, Washington, D.C. 20530.

*S/ Michael R.N. McDonnell*
Michael R.N. McDonnel, Esq.
Attorney for Thomas A. Bowdoin, Jr.

*S/ Charles A. Murray*
Charles A. Murray, Esq.
Attorney for Thomas A. Bowdoin, Jr.