UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>       )<br>  v.      )<br>       )<br>8 GILCREASE LANE, QUINCY )<br>FLORIDA 32351, *etc., et al.*,  )<br>    Defendants. )<br>_____)| Civil Action No. 08-1345 (RMC)<br><br><br><br><br><br>ECF |

**NOTICE TO COURT ABOUT REMISSION OF FORFEITED FUNDS WEBSITE**
http://www.adsurfdailyremission.com

  *COMES NOW*, the United States of America, by and through the U.S. Attorney for the District of Columbia, to give notice to the Court about the process for remission of funds decreed forfeited. This information is for victims of the frauds leading to the forfeiture decree.

  1.  The U.S. government has contracted with a remission administration firm to process claims for funds seized and forfeited from the complex of "Ponzi-type" or "pyramid-style" frauds known as AdSurf Daily, ASD Cash Generator, La Fuente Dinero, and Golden Panda. The U.S. Secret Service and the Justice Department's Asset Forfeiture and Money Laundering Section will oversee this program, which is known as remission.

  2.  There is a new website for remission claims: http://www.adsurfdailyremission.com. The remission administrator has a toll free number: 1-888-398-3214. Victims also may write to: Ad Surf Daily Remission Administrator, Post Office Box 2353, Faribault, Minn. 55021-9053.

  3.  Any potential claimant must file a remission form with the remission administrator. The claimant must do so even if she or he previously filed an Information Submission Form on the U.S. Attorney's website. Every individual who previously sent information through that website will be contacted by the remission administrator with instructions about how to file a claim for remission.

Respectfully submitted,

 /s/ *Ronald C. Machen Jr*
RONALD C. MACHEN JR., D.C. Bar No. 447889
United States Attorney

 /s/ *Stephanie Lauren Brooker*
STEPHANIE LAUREN BROOKER, D.C. Bar No. 475321
Assistant United States Attorney

 /s/ *Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant  United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

Counsel for Plaintiff United States