UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-1345 (RMC) |
| | ) |
| 8 GILCREASE LANE, QUINCY | ) |
| FLORIDA, *etc., et al.*, | ) |
| | ) |
| Defendants. | ) (ECF) |
| | ) ELECTRONIC CASE FILING |

### FINAL ORDER OF FORFEITURE (SUPPLEMENTED)

On January 4, 2010, this Court issued a Default Judgment And Final Order Of Forfeiture in this matter. In that order, the Court ordered, adjudged, and decreed that a number of defendants *in rem*, including a specific defendant parcel of real property at the address of 8 Gilcrease Lane, Quincy, Florida, be and the same thereby were declared forfeited to the United States of America, and title to the defendant properties was vested in the United States, to be disposed of in accordance with law; and that no right, title, or interest in the defendant properties shall exist in any other party.

With regard to the real property at the address 8 Gilcrease Lane, Quincy, Florida, the Court supplements its Final Order of Forfeiture by including herein the full legal description of the property:

> A tract of land lying in lot 76 of the Little River Survey In The Forbls Purchase in Gadsden County, Florida, more particularly described as follows: For a point of reference, begin at a terra cotta monument located at the intersection of the west line of said lot 76 and the eastern right of way of state road 65-C; then go 698.72 feet along a curve in said right of way (said curve being concave southwesterly with a radius of 4633.75 feet, an interior angle of 08 degrees 38 minutes 23 seconds, a chord length of 698.06 feet, and a chord bearing of south 32 degrees 08 minutes 42 seconds east) to a srd right of way monument; then go south 27 degrees 41 minutes 40 seconds east for 929.06 feet along said right of way to a 2rd R/W monument at a point of curvature; then go 661.41 feet along a curve in said right of way (said curve

being concave northeasterly with a radius of 17,138.80 feet, an interior angle of 02 degrees 12 minutes 40 seconds, a chord length of 661.36 feet, and a chord bearing of south 28 degrees 48 minutes 00 seconds east) to a srd R/W monument; then go south 29 degrees 54 minutes 20 seconds east for 1160.67 feet along said right of way to a SRD R/W monument at a point of curvature; then go 615.27 feet along a curve in said right of way (said curve being concave northeasterly with a radius of 5679.65 feet, an interior angle of 06 degrees 12 minutes 24 seconds, a chord length of 614.97 feet, and a chord bearing of south 33 degrees 02 minutes 55 seconds east) to a SRD R/W monument; then go south 36 degrees 06 minutes 50 seconds east along said right of way for 419.17 feet to a SRD R/W monument; then leaving the right of way go south 34 degrees 26 minutes 12 seconds east for 650.61 feet to a concrete monument marking the point of beginning; then go northerly for 83.23 feet along the arc if a curve (said curve being concave southwesterly with a radius of 1040.59 feet, an interior angle of 04 degrees 34 minutes 57 seconds, a chord length of 83.20 feet and a chord bearing of north 02 degrees 17 minutes 28 seconds west) to a concrete monument; then go north 78 degrees 00 minutes 00 seconds east 340 feet, more or less, (passing a concrete monument at 330.00 feet) to the boundary of Lake Talquin State Park as defined in or Book 218, Page 149; then follow said boundary southerly to a point lying north 81 degrees 00 minutes 00 seconds east from the point of beginning. Then go south 81 degrees 00 minutes 00 seconds west for 15 feet, more or less, to a concrete monument; then continue south 81 degrees 00 minutes 00 seconds west for 325.00 feet to the point of beginning.

Parcel Identification Number: 5-0L-0R-0S-0000-76401-0100

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anyway appertaining.

By this supplement to the Final Order of Forfeiture, issued January 4, 2010, it is **ORDERED, ADJUDGED, AND DECREED** that this property, so described, be and the same **HEREBY ARE DECLARED FORFEITED TO THE UNITED STATES OF AMERICA**, and title to the defendant property is vested in the United States, to be disposed of in accordance with law; and that

no right, title, or interest in the defendant property shall exist in any other party.

The Clerk of the Court is hereby directed to send four certified copies of this Final Order of Forfeiture (Supplemented) to Assistant United States Attorney Barry Wiegand, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this 19 day of April 2011.

SO ORDERED:

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE