# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-5061**  **September Term, 2010**
FILED ON: MARCH 25, 2011

UNITED STATES OF AMERICA,
    APPELLEE

v.

8 GILCREASE LANE, QUINCY, FLORIDA 32351, ET AL.,
    APPELLEES

ADSURFDAILY, INC., ET AL.,
    APPELLANTS



Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-01345)

Before: HENDERSON, TATEL and GRIFFITH, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

Date: March 25, 2011

Opinion for the court filed by Circuit Judge Griffith.

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk